# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

TWILA M. TREJO-GUERRERO,

        Plaintiff,              No. 03:12-CV-01895-HU

    v.

CAROLYN W. COLVIN,              **ORDER ON MOTION FOR**
Commissioner of Social Security,    **ATTORNEY FEES**

        Defendant.

---

Richard F. McGinty
P.O. Box 12806
Salem, OR 97309

    Attorney for Plaintiff

S. Amanda Marshall
United States Attorney
Adrian L. Brown
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2904

David Morado
Regional Chief Counsel, Region X, Seattle
Richard Rodriguez
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite #2900 M/S 221A
Seattle, WA  98104-7075

    Attorneys for Defendant

1 - ORDER

HUBEL, Magistrate Judge:

The parties have filed a stipulated motion for an award of attorney's fees to the plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Dkt. #21. Under the statute:

> A party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses which shows that the party is a prevailing party and is eligible to receive an award under this subsection, and the amount sought, including an itemized statement from any attorney . . . representing or appearing in behalf of the party stating the actual time expended and the rate at which fees and other expenses were computed. The party shall also allege that the position of the United States was not substantially justified.

24 U.S.C. § 2412(d)(B).

The current motion is wholly unsupported. No itemized statement from the plaintiff's attorney is attached, and no allegation or supporting argument is made that the Commissioner's position was not substantially justified.

The motion is **denied**, without prejudice to refiling in proper form, **no later than February 4, 2014.**

IT IS SO ORDERED.

Dated this 21st day of January, 2014.

/s/ Dennis J. Hubel

_____
Dennis James Hubel
Unites States Magistrate Judge

2 - ORDER